IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:21CR266 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| JODY MARIE BENIS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the defendant's unopposed Motion to Continue Trial [79]. After consultation with counsel, the undersigned magistrate judge finds good cause for the requested continuance in order to allow the defendant sufficient time to conduct plea negotiations and review discovery. Accordingly,

**IT IS ORDERED** that the Motion to Continue Trial [79] is granted, as follows:

1. The jury trial, now set for November 28, 2022, is continued to **January 30, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 30, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. **No further continuances will be granted.**

**DATED: November 23, 2022.**

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge